UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WOOLSEY, as Legal Guardian/Parent and Natural Guardian of D.S.W., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, AND JOHN DOES 1-50.<br><br>Defendants. | Case No.  4:25-cv-09557-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER** |

The parties have stipulated that Defendants Epic Games, Inc. ("Epic"), Microsoft Corporation ("Microsoft"), and Roblox Corporation ("Roblox") shall have until February 20, 2026 to move, answer, or otherwise respond to the Complaint. The parties have further stipulated that Defendants may defer filing any other responsive motions, including any motions under Rule 12(b) of the Federal Rules of Civil Procedure and any Special Motion to Strike under Cal. Code Civ. Proc. § 425.16, until 30 days after the last of any order from this Court on Epic's, Microsoft's, and Roblox's forthcoming Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal Jurisdiction. The parties have also stipulated, and the Court hereby orders, that Plaintiff's deadline to file briefs in opposition to the forthcoming Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal is April 27, 2026.  The parties have also stipulated, and the Court hereby orders, that Epic's, Microsoft's, and Roblox's deadline to file reply briefs in connection with the forthcoming Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal Jurisdiction is May 27, 2026.

| **Filing Date** | **Motion** |
| --- | --- |
| February 20, 2026 | Epic's, Microsoft's, and Roblox's Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal Jurisdiction |
| April 27, 2026 | Plaintiff's briefs in opposition to Epic's, Microsoft's, and Roblox's Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal Jurisdiction |
| May 27, 2026 | Epic's, Microsoft's, and Roblox's reply briefs in support of their respective Motions to Compel Arbitration and, as applicable, Motions to Dismiss for Lack of Personal Jurisdiction |
| 30 days after the last of any order on Epic's, Microsoft's, and Roblox's Motions to Compel Arbitration and Motions to Dismiss for Lack of Personal Jurisdiction | Epic's, Microsoft's, and Roblox's other responsive motions |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/12/2025

*[signature: Haywood S. Gilliam, Jr.]*

The Honorable Haywood S. Gilliam, Jr.
United States District Judge